UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MALIE MUHAMMAD,

                            Plaintiff,

                                                          ORDER
          v.                                              08-CV-658A

CORRECTION SERGEANT LOWE, et al.,

                            Defendant.

          The above-referenced case was referred to Magistrate Judge H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 9, 2010, Magistrate

Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's

request for a temporary restraining order be denied.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's

request for a temporary restraining order is denied.

          The case is referred back to Magistrate Judge Schroeder for further

proceedings.

          SO ORDERED.

                                        s/ Richard J. Arcara
                                        _____
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: April 1, 2010